IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03-cr-474-CWH-8 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Livinson Brumaire, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 6, 2011, Livinson Brumaire ("Brumaire ") requested reconsideration of this Court's order filed on June 8, 2009, denying his motion to reduce his sentence under 18 U.S.C. § 3582. Further reconsideration of Brumaire's sentence is foreclosed by United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), which holds that the criminal defendant must appeal the district court's denial of his § 3582(c)(2) motion rather than ask the district court to reconsider its decision. Thus, this Court is without jurisdiction to review the defendant's motion. United States v. Woodson, No. 08-3810, 2011 WL 2160613, at *2 (4th Cir. June 2, 2011). Therefore, the defendant's motion for reconsideration (ECF No. 1497) is denied.

**AND IT IS SO ORDERED.**

C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

July 29, 2011
Charleston, South Carolina